J. BRUCE ALVERSON, ESQ.
Nevada Bar No. 1339
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
**ALVERSON TAYLOR & SANDERS**
6605 Grand Montecito Pkwy, Ste. 200
Las Vegas, NV 89149
702-384-7000 Phone
702-385-7000 Fax
Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MARLENE AYALA, individually, and MARLENE AYALA, as natural parent and guardian of JOCELYN MUNIZ, a minor, <br><br> Plaintiffs, <br><br> v. <br><br> PHILIP LEMONS, individually; LANDSTAR RANGER, INC., a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X, <br><br> Defendants. | CASE NO: 2:18-CV-00511-GMN-PAL |

**STIPULATION AND (PROPOSED) ORDER FOR DISMISSAL OF PLAINTIFF JOCELYN MUNIZ'S CLAIMS *ONLY* AGAINST DEFENDANTS PHILIP LEMONS AND LANDSTAR RANGER, INC.**

. . .

. . .

. . .

. . .

1

KNW 25598

IT IS HEREBY STIPULATED and agreed by and between Plaintiff MARLENE AYALA as natural parent and guardian of JOCELYN MUNIZ and Defendants PHILIP LEMONS and LANDSTAR RANGER, INC., by and through their respective counsel of record that JOCELYN MUNIZ'S claims against PHILIP LEMONS and LANDSTAR RANGER, INC., are hereby DISMISSED with prejudice, the parties to bear their own fees and costs.

Dated this 25th day of March, 2019.

ALVERSON TAYLOR & SANDERS

J. BRUCE ALVERSON, ESQ.
Nevada Bar No. 1339
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
6605 Grand Montecito Pkwy, Ste. 200
Las Vegas, NV 89149
702-384-7000 Phone
702-385-7000 Fax
Attorneys for Defendants

Dated this 7th day of February, 2019.

THE POWELL LAW FIRM

PAUL D. POWELL, ESQ.
Nevada Bar No. 7488
MICHAEL A. KRISTOF, ESQ.
Nevada Bar No. 7780
6785 W. Russell Road, Suite 210
Las Vegas, NV 89118
702-728-5500 Phone
702-728-5501 Fax
Attorneys for Plaintiffs

2

*Marlene Ayala, individually, et al. v. Philip Lemons, et al.*
Case No.: 2:18-CV-00511-GMN-PAL
*Stipulation and Order to Dismiss Plaintiff Jocelyn Muniz's Claim, with Prejudice*

### (PROPOSED) ORDER FOR DISMISSAL OF PLAINTIFF JOCELYN MUNIZ'S CLAIMS *ONLY* AGAINST PHILIP LEMONS AND LANDSTAR RANGER, INC., WITH PREJUDICE

Pursuant to the foregoing stipulation of counsel and good cause appearing therefore, the claims asserted by and on behalf of Plaintiff JOCELYN MUNIZ against Defendants PHILIP LEMONS and LANDSTAR RANGER, INC. are hereby DISMISSED WITH PREJUDICE, the parties to bear their own fees and costs.

**IT IS SO ORDERED**

Dated this __3__ day of __April__, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

Respectfully submitted by:

ALVERSON TAYLOR & SANDERS

_____
J. BRUCE ALVERSON, ESQ.
Nevada Bar No. 1339
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
6605 Grand Montecito Pkwy, Ste. 200
Las Vegas, NV 89149
702-384-7000 Phone
702-385-7000 Fax
Attorneys for Defendants

n:\bruce.grp\mandi\mandi\new case\- new case word\pleadings\caption shell.docx

KNW 25598