J. BRUCE ALVERSON, ESQ.
Nevada Bar No. 1339
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
**ALVERSON TAYLOR & SANDERS**
6605 Grand Montecito Pkwy, Ste. 200
Las Vegas, NV 89149
702-384-7000 Phone
702-385-7000 Fax
Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MARLENE AYALA, individually, and MARLENE AYALA, as natural parent and guardian of JOCELYN MUNIZ, a minor,<br><br>Plaintiffs.<br><br>v.<br><br>PHILIP LEMONS, individually; LANDSTAR RANGER, INC., a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X,<br><br>Defendants. | CASE NO:   2:18-CV-00511-GMN-BNW |

**STIPULATION AND (PROPOSED) ORDER FOR DISMISSAL OF PLAINTIFF MARLENE AYALA'S CLAIMS AGAINST DEFENDANTS PHILIP LEMONS AND LANDSTAR RANGER, INC., WITH PREJUDICE**

. . .

. . .

. . .

. . .

. . .

1

KNW 25598

IT IS HEREBY STIPULATED and agreed by and between Plaintiff MARLENE AYALA and Defendants PHILIP LEMONS and LANDSTAR RANGER, INC., by and through their respective counsel of record that MARLENE AYALA'S claims against PHILIP LEMONS and LANDSTAR RANGER, INC., are hereby DISMISSED WITH PREJUDICE, the parties to bear their own fees and costs. This Stipulation for Dismissal fully resolves all claims in this litigation.

Dated this 21st day of June, 2019.

ALVERSON TAYLOR & SANDERS

/s/ Karie N. Wilson

J. BRUCE ALVERSON, ESQ.
Nevada Bar No. 1339
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
6605 Grand Montecito Pkwy, Ste. 200
Las Vegas, NV 89149
702-384-7000 Phone
702-385-7000 Fax
Attorneys for Defendants

Dated this 18 day of June, 2019.

THE POWELL LAW FIRM

/s/ Paul D. Powell

PAUL D. POWELL, ESQ.
Nevada Bar No. 7488
JASON LATHER, ESQ.
Nevada Bar No. 12607
6785 W. Russell Road, Suite 210
Las Vegas, NV 89118
702-728-5500 Phone
702-728-5501 Fax
Attorneys for Plaintiffs

KNW 25598

*Marlene Ayala, individually, et al. v. Philip Lemons, et al.*
Case No.: 2:18-CV-00511-GMN-PAL
*Stipulation and Order to Dismiss Plaintiff Marlene Ayala's Claims, with Prejudice*

### (PROPOSED) ORDER FOR DISMISSAL OF PLAINTIFF MARLENE AYALA'S CLAIMS AGAINST PHILIP LEMONS AND LANDSTAR RANGER, INC., WITH PREJUDICE

Pursuant to the foregoing stipulation of counsel and good cause appearing therefore, the claims asserted by and on behalf of Plaintiff MARLENE AYALA against Defendants PHILIP LEMONS and LANDSTAR RANGER, INC. are hereby DISMISSED WITH PREJUDICE, the parties to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated this 28 day of June, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

Respectfully submitted by:

ALVERSON TAYLOR & SANDERS

_____
J. BRUCE ALVERSON, ESQ.
Nevada Bar No. 1339
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
6605 Grand Montecito Pkwy, Ste. 200
Las Vegas, NV 89149
702-384-7000 Phone
702-385-7000 Fax
Attorneys for Defendants

n:\bruce.grp\z-client\25598\pleadings\caption shell federal.docx

KNW 25598